UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

                                                                                                                   _____

                                                                                                                     NOTICE OF MOTION
                                                                                                                     TO ADMIT COUNSEL
                                                                                                                     PRO HAC VICE

---------------------------------------------------------X

TO:    Opposing Counsel
           _____

           _____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I _____ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of _____ and a member in good standing of the bar(s) of the State(s) of _____, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for _____. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

                                                                    Respectfully submitted,

Dated: _____                           _____
                                                                    Signature of Movant
                                                                    Firm Name_____
                                                                    Address_____
                                                                    _____
                                                                    Email_____
                                                                    Phone_____